IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HOGAN<br>DIANA HOGAN<br>Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| CITY OF EASTON, et al.<br>Defendants | : | NO. 04-CV-0759 |

C I V I L J U D G M E N T

Before the Honorable TIMOTHY R. RICE:

**AND NOW**, this 20th day of April, 2007, in accordance with the jury verdict,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Defendants.

BY THE COURT

ATTEST:

\s\ Chavela M. Settles
Chavela M. Settles
Deputy Clerk to the
Honorable Timothy R. Rice